MATTHEW S. DISBROW (SBN 294764)
mdisbrow@honigman.com
**HONIGMAN LLP**
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: (313) 465-7372
Facsimile:  (313) 465-7373

Attorneys for Defendants
LHO SAN DIEGO HOTEL ONE, L.P. and
LHO SAN DIEGO HOTEL ONE LESSEE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LHO SAN DIEGO HOTEL ONE, L.P., a Delaware Limited partnership; LHO SAN DIEGO HOTEL ONE LESSEE, INC., a Delaware Corporation; and DOES 1-10,<br><br>    Defendants. | Case No. **'20 CV2371 MMA JLB**<br><br>[Removal from Superior Court of California, County of San Diego, Case No. 37-2020-00039885-CU-CR-NC]<br><br>**DEFENDANTS LHO SAN DIEGO HOTEL ONE, L.P.'S and LHO SAN DIEGO HOTEL ONE LESSEE, INC.'S NOTICE OF REMOVAL** |

| | |
|---|---|
| To:    Clerk of the Court<br>         U. S. District Court<br>         Southern District of California | Raymond Ballister, Jr. (SBN 111282)<br>Russell Handy (SBN 195058)<br>Amanda Seabock (SBN 289900)<br>Zachary Best (SBN 166035)<br>CENTER FOR DISABILITY ACCESS<br>8033 Linda Vista Road, Ste. 200<br>Tel: (858) 375-7385<br>Fax: (888) 422-5191<br>amandas@potterhandy.com<br>*Attorneys for Plaintiff* |

1
NOTICE OF REMOVAL

37156326.2

PLEASE TAKE NOTICE that Defendants LHO San Diego Hotel One, L.P. ("Hotel One") and LHO San Diego Hotel One Lessee, Inc. ("HO Lessee") (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, and by and through its undersigned counsel, respectfully submit this Notice of Removal in the above-captioned action, from the Superior Court of the State of California, County of San Diego, Case No. 37-2020-00039885-CU-CR-NC, to the United States District Court for the Southern District of California.  The grounds for removal are as follows:

## I.   THE PARTIES

1. Plaintiff Orlando Garcia ("Plaintiff") is a California resident who alleges to suffer from "physical disabilities."  (*See* Exhibit A, Complaint, ¶ 1).

2. Hotel One is a Delaware limited partnership, with its principal place of business in Bethesda, Maryland.

3. HO Lessee is a Delaware corporation, with its principal place of business in Bethesda, Maryland.

## II.   PROCEDURAL BACKGROUND

4. On October 30, 2020, Plaintiff filed a Complaint against Defendants in the Superior Court of California, County of San Diego, in the case entitled *Garcia v. LHO San Diego Hotel One, L.P., et al.*, Case No. 37-2020-00039885-CU-CR-NC (the "Complaint").  A true and correct copy of the Summons and Complaint are attached hereto as Exhibit A.

5. On November 9, 2020, Plaintiff caused a copy of the Complaint to be served on Defendants' registered agent.  *See* Exhibit B.

6. The Complaint alleges two causes of action against the Defendants: (i) violations of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et. seq.* (the "ADA"); and (ii) violations of the Unruh Civil Rights Act, Cal. Civ. Code § 51-53 ("Unruh").

7. All of Plaintiff's claims relate to allegations that the hotel website, which Plaintiff alleges is operated by Defendants, does not comply with the ADA and Unruh accessibility requirements. See Complaint, generally.

8. In particular, Plaintiff's First Cause of Action asserts claims under the federal ADA statute, for Defendants purported failure to sufficiently describe the accessible features of the hotel guest rooms. Ex. A, Complaint, ¶¶ 20-23.

9. Defendants deny all of Plaintiff's claims. Nonetheless, the resolution of Plaintiff's claims requires the Court to resolve issues arising under the laws of the United States.

### III. JURISDICTION – FEDERAL QUESTION

10. Pursuant to 28 U.S.C. § 1331, "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

11. Federal jurisdiction exists if the federal question appears on the face of the plaintiff's "well-pleaded complaint." *Milne Employees Assoc. v Sun Carriers, Inc*., 960 F.2d 1401, 1406-07 (9th Cir. 1992).

12. Further, 28 U.S.C. § 1441(a), provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

13. As stated above, Count I of the Complaint asserts claims under the ADA, a federal statute. Therefore, Plaintiff's Complaint is removable to this Court under its federal-question jurisdiction.

### IV. SUPPLEMENTAL JURISDICTION

14. To the extent that Plaintiff alleges there are any allegations in the Complaint that are solely based on state law (which Defendants dispute), pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over

such allegations because they are part of the same common nucleus of operative facts set forth in Counts I through II of the Complaint.

## V. TIMELINESS OF REMOVAL

15. This Notice of Removal is timely because it was filed within 30 days after Defendants received service of Plaintiff's initial pleading. 28 U.S.C. § 1446(b)(1).

16. Further, Defendants will file a true and correct copy of this Notice of Removal with the Clerk in the Superior Court of the State of California, County of San Diego, and will serve all adverse parties with written notice thereof, promptly after filing the Notice of Removal with this Court. 28 U.S.C. §1446(d).

## VI. CONSENT OF ALL DEFENDANTS

17. Removal of this case is otherwise proper because all Defendants currently served in this action, including, without limitation, Hotel One and HO Lessee, have consented to the removal of this case from the Superior Court of the State of California, County of San Diego, to the United States District Court for the Southern District of California.

## VII. VENUE

18. Venue lies in the United States District Court for the Southern District of California because the state-court action was filed and is pending in the Superior Court of the State of California, County of San Diego, which is within this judicial district.

## VIII. INTRADISTRICT ASSIGNMENT

19. Assignment to the San Diego County Division of the United States District Court for the Southern District of California is proper under 28 U.S.C. § 1446(a) because the state-court action was filed and is pending in the County of San Diego.

## IX. CONCLUSION

Based on the forgoing, Defendants respectfully request that this action proceed in this Court as an action properly removed.

Dated: December 4, 2020                Respectfully submitted,

By: /s/ Matthew S. Disbrow

HONIGMAN LLP
MATTHEW S. DISBROW (SBN 294764)
2290 First National Building
Detroit, Michigan 48226
Telephone:  313-465-7000
Facsimile:   313-465-7373
mdisbrow@honigman.com

Attorneys for Defendants LHO SAN DIEGO HOTEL ONE, L.P. and LHO SAN DIEGO HOTEL ONE LESSEE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record. I also certify that the foregoing papers have been served on the following counsel for Plaintiff by United States Postal Service, first-class postage fully prepaid, and by email:

> Raymond Ballister, Jr. (SBN 111282)
> Russell Handy (SBN 195058)
> Amanda Seabock (SBN 289900)
> Zachary Best (SBN 166035)
> CENTER FOR DISABILITY ACCESS
> 8033 Linda Vista Road, Ste. 200
> San Diego, CA  92111
>
> amandas@potterhandy.com

By:   /s/ Matthew S. Disbrow
HONIGMAN MILLER LLP
MATTHEW S. DISBROW (SBN 294764)
2290 First National Building
Detroit, Michigan 48226
Telephone:  313-465-7000
Facsimile:   313-465-7373
mdisbrow@honigman.com

Attorneys for Defendants LHO SAN DIEGO HOTEL ONE, L.P. and LHO SAN DIEGO HOTEL ONE LESSEE, INC.