

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>**Plaintiff,**<br><br>V.<br><br>LHO San Diego Hotel One, L.P., a Delaware Limited partnership; LHO San Diego Hotel One Lessee, Inc., a Delaware Corporation; Does 1-10,<br><br>**Defendant.** | Civil Action No.  20-cv-2371-MMA-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion and dismisses this action in its entirety without prejudice and without leave to amend.  Judgment is entered in favor of Defendants.

**Date:**      1/21/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

T. Ferris, Deputy